UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAVER COUNTY EMPLOYEES' RETIREMENT FUND,<br><br>            Plaintiff,<br><br>     v.<br><br>TILE SHOP HOLDINGS, INC., et al.,<br><br>            Defendants. | Case No. 16-mc-80076-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *Beaver County Employers Retirement Fund v. Tile Shop Holdings, Inc.*, 16-mc-80062-JSC.

**IT IS SO ORDERED.**

Dated: 04/12/2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge