United States District Court
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   BEAVER COUNTY EMPLOYERS              Case Nos.      16-mc-80062-JSC (WHA)
     RETIREMENT FUND, ET AL.,                            16-mc-80076-JSC (WHA)
11
            Plaintiff,
12
        v.
13                                                **ORDER DENYING MOTIONS FOR
                                                  RELIEF FROM ORDERS OF
14   TILE SHOP HOLDINGS, INC., ET AL.,            MAGISTRATE JUDGE**

15          Defendant.
                                        /
16

17       The present discovery dispute arises out of a putative securities class action pending in

18   the United States District Court for Minnesota.  Plaintiffs initiated the lawsuit following the

19   publication of a negative report about defendant Tile Shop Holdings, Inc. by Gotham City

20   Research, LLC, an investor who shorted Tile Shop stock.  Plaintiffs and defendants served

21   third-party subpoenas on Gotham seeking documents and depositions.  Gotham failed to comply

22   with the subpoenas, and the parties filed separate actions to compel Gotham's compliance.  *See*

23   *Beaver County Employers Retirement Fund v. Tile Shop Holdings, Inc.*, No. 16-80062

24   (Plaintiffs' action); *Beaver County Employers Retirement Fund v. Tile Shop Holdings, Inc.*, No.

25   16-80076 (Defendants' action).  Magistrate Judge Jacqueline Scott Corley granted plaintiffs'

26   motion to compel production of Gotham's sources of information and denied defendants'

27   motion to compel the subpoenas seeking documents and a deposition.  Gotham subsequently

28   filed a motion for reconsideration, which Judge Corley denied.  Now, Gotham and defendants

     seek relief from Judge Corley's orders.

The Court has reviewed the orders of Judge Corley and completely agrees with them. To the extent this motion is an "appeal," the orders by Judge Corley are affirmed for the reasons stated by her.  To the extent this motion is one for de novo review, this order adopts her findings and conclusions as its own.  This will eliminate any issue with respect to the parties' ability to pursue an appeal with our court of appeals.

**IT IS SO ORDERED.**

Dated:  August 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2